# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00096-CR

**The State of Texas, Appellant**

**v.**

**James Dean Vessells, Appellee**

### FROM COUNTY COURT AT LAW NO.3 OF TRAVIS COUNTY
### NO. C-1-CR-11-202243, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State has filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed: April 6, 2012

Do Not Publish